FILED
APR 18 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOURDES GARCIA-GARCIA,

        Petitioner,

   v.

ALBERTO R. GONZALEZ, Attorney General,

        Respondent.
_____/

No. C 05-01356 CW

ORDER OF REMAND

(COA No. 04-73705)
(Agency No. A76-215-392)

    On March 31, 2005, The United States Court of Appeals for the Ninth Circuit issued a Mandate transferring the petition for writ of habeas corpus[1] in the above-captioned action to the United States District Court for remand to the Bureau of Immigration Appeals for further proceedings. Accordingly,

    IT IS HEREBY ORDERED that the above-captioned petition for habeas corpus is remanded to the Bureau of Immigration Appeals for further proceedings.

Dated APR 18 2005

CLAUDIA WILKEN
United States District Judge

---

[1] In the interests of justice, the Ninth Circuit Court of Appeals treated the petition for review as a petition for habeas corpus under 28 U.S.C. § 2241.

UNITED STATES COURT OF APPEALS

**ORIGINAL**      FOR THE NINTH CIRCUIT

FILED
MAR 31 2005
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LOURDES GARCIA-GARCIA, <br><br> Petitioner, <br><br> v. <br><br> ALBERTO R. GONZALES[*], Attorney General, <br><br> Respondent. | No. 04-73705 <br><br> Agency No. A76-215-392 <br><br> ORDER |

FILED
APR - 4 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND  SF

C 05-01356 - CW

Before: B. FLETCHER, TROTT and PAEZ, Circuit Judges

The Board of Immigration Appeals ("BIA") acted *ultra vires* in issuing an order of removal in the first instance. *See Molina-Camacho v. Ashcroft*, 393 F.3d 937, 939 (9th Cir. 2004). Because the BIA did not remand this matter to the Immigration Judge to issue a removal order, no valid final order of removal exists, and we therefore lack jurisdiction over this petition for review. *See* 8 U.S.C. § 1252; *Molina-Camacho*, 393 F.3d at 942.

---

[*]   Alberto R. Gonzales is substituted for his predecessor, John Ashcroft, as Attorney General of the United States, pursuant to Fed. R. App. P. 43(c)(2).

S:\MOATT\Panelord\03.23.05\orders\mg3\04-73705.wpd

04-73705

In the interests of justice, however, we treat the petition for review as a petition for writ of habeas corpus under 28 U.S.C. § 2241 and transfer the petition to the United States District Court for the Northern District of California. *See* 28 U.S.C. § 1631. Upon transfer, the district court should remand to the agency for further proceedings. *See Molina-Camacho*, 393 F.3d at 942 n.4.

All pending motions are denied as moot.

**TRANSFERRED.**

S:\MOATT\Panelord\03.23.05\orders\mg3\04-73705.wpd2

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR 31 2005

by
Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Garcia-Garcia,

        Plaintiff,

v.

Ashcroft et al,

        Defendant.

Case Number: CV05-01356 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 18, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John L. Davis
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, DC 20044

Rochelle A. Fortier Nwadibia
Privitera & Nwadibia
220 Sansome Street
Suite 520
San Francisco, CA 94108

Ronald E. LeFevre
Office of the District Counsel
P.O. Box 26449
San Francisco, CA 94126-6449

U.S. Attorney
450 Golden Gate Avenue
San Francisco, CA 94102

Attorney General
U.S. Department of Justice
Washington, DC 20530

Dated: April 18, 2005

                                Richard W. Wieking, Clerk
                                By: Sheilah Cahill, Deputy Clerk